GEGGIE, A.K.A. GEGGIEE, ADMR., APPELLANT, *v.* COOPER
TIRE & RUBBER COMPANY, APPELLEE.

[Cite as *Geggie v. Cooper Tire & Rubber Co.,*
95 Ohio St.3d 1223, 2002-Ohio-2583.]

(No. 2001–1695—Submitted April 23, 2002—Decided June 19, 2002.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

**PFEIFER, J., dissenting.**

{¶ 2} I dissent from the majority's decision to declare that this case was improvidently allowed. While it is not possible to determine whether Geggie's claim is meritorious, I believe her pleadings were sufficient, pursuant to *Fyffe v. Jeno's, Inc.* (1991), 59 Ohio St.3d 115, 570 N.E.2d 1108, paragraphs one and two of the syllabus, to survive a Civ.R. 12(B)(6) motion for dismissal.

RESNICK, J., concurs in the foregoing dissenting opinion.

---

Siferd & McCluskey, L.P.A., and Richard E. Siferd; and Samuel W. Diller, for appellant.

Jones, Day, Reavis & Pogue, Robert S. Walker and Colleen Conley; and Gregory E. Meyers, for appellee.

Vorys, Sater, Seymour & Pease, L.L.P., Robin R. Obetz and Robert A. Minor, urging affirmance for amicus curiae Ohio Self–Insurers' Assn.